Root Neal & Co., Respondent, *v.* Edward J. Creadon et al., Doing Business Under the Name of P. W. Graham Contracting Co., et al., Appellants, and Buffalo Sewer Authority, et al., Respondents.

Argued March 5, 1943; decided April 15, 1943.

*Clayton M. Smith* for Mary C. Malone, doing business under the name of P. W. Graham Contracting Co. et al., appellants.

*Sebastian J. Bellomo* for plaintiff, respondent.

*Andrew P. Ronan, Corporation Counsel (Elmer S. Stengel* of counsel), for Buffalo Sewer Authority et al., defendants, respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, CONWAY and DESMOND, JJ.